122 A.3d 366

**COMMONWEALTH of Pennsylvania, Appellant**

**v.**

**James STEWART, Appellee.**

**Commonwealth of Pennsylvania, Appellee**

**v.**

**James Stewart, Appellant.**

Supreme Court of Pennsylvania.

Aug. 31, 2015.

Hugh J. Burns, Philadelphia, for Commonwealth of Pennsylvania.

Jules Norris Szanto, Ellen T. Greenlee, Owen W. Larrabee, Karl Baker, Jr., Defender Association of Philadelphia, Philadelphia, for James Stewart.

## *ORDER*

PER CURIAM.

**AND NOW,** this 31st day of August, 2015, the Order of the Court of Common Pleas is **AFFIRMED** in part as to the Commonwealth's appeal at 51 EAP 2014, *see Commonwealth v. Hopkins,* 632 Pa. 36, 117 A.3d 247 (2015), and the case is **REMANDED** to the Superior Court for consideration of James Stewart's appeal at 52 EAP 2014.